UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS; LITTLE ROCK DIVISION

RE: ELOISE WASHINGTON HARDY

NO. 4:05-bk-11526M/B
CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION FOR ADDITIONAL FEES

You are hereby notified that Debtor's attorney has filed the attached Application for Additional Fees. Objections to the Application must be filed in writing within ten (10) days of the date of this notice, with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201, with copies to the attorney for Debtor and Ms. Joyce Bradley Babin, Chapter 13 Trustee, P O Box 8064, Little Rock, AR 72203-8064.

CLARK, BYARLAY & SPARKS

/s/ Thomas W. Byarlay, Bar No. 86029
Attorney for Debtor
620 W. Third Street, Suite 100
Little Rock, Arkansas 72201
(501) 376-0550

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing notice and attached Application for Additional Fees have been mailed to the above-named Debtor(s) and to Ms. Joyce Bradley Babin, Chapter 13 Trustee, P O Box 8064, Little Rock, AR 72203-8064.

/s/ THOMAS W. BYARLAY, #86029
ATTORNEY FOR DEBTOR(S)

Mod-c filed 8/27/08; case conf'd 6/7/05

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS; LITTLE ROCK DIVISION

RE: ELOISE WASHINGTON HARDY  NO. 4:05-bk-11526M/B
CHAPTER 13

## APPLICATION FOR ADDITIONAL FEES

1. I have performed the following post-confirmation services for the Debtor: (see attached hearing notices or copies of modifications)

| | | | |
|---|---|---|---|
| __ | a. | Modification of Plan – Simple | $300.00 |
| **X** | | Modification of Plan – Complex | $400.00 |
| __ | b. | Post-confirmation Amendment of Schs C, I or J | $150.00 |
| __ | c. | Post-confirmation M Rlf Sty or M Dism - creditor (no trial) | $300.00 |
| __ | | Post-confirmation M Rlf Sty or M Dism - creditor (trial) | $400.00 |
| __ | d. | IRS or DFA M Rlf Sty to Setoff Refund | $75.00 |
| __ | | IRS or DFA M Compel to File Tax Refunds | $75.00 |
| __ | | DFA M Strict Compliance/Debtor in Business | $100.00 |
| __ | e. | Tr Motion to Dismiss (no trial) | $75.00 |
| __ | | Tr Motion to Dismiss (trial) | $200.00 |
| __ | f. | Ltr to creditor to cease collection efforts, contacts, post-petition garnishments | $50.00 |
| __ | g. | Lien-avoidance Proceeding under 522(f)-uncontested | $350.00 |
| __ | | Lien-avoidance Proceeding under 522(f)-trial required | $500.00 |
| __ | h. | Motion to Incur New Debt (Personal Property), Set Aside Dismissal, M for Refund (no trial) | $300.00 |
| __ | | Motion to Incur New Debt (Personal Property), Set Aside Dismissal, M for Refund (trial) | $400.00 |
| __ | i. | M to Sell, Refinance or Incur Debt (Real Property) | $500.00 |
| __ | j. | Objection to Claim (uncontested) | $150.00 |
| __ | | Objection to Claim (contested) | $250.00 |
| __ | k. | Motion for Hardship Discharge (only if funds available) | $250.00 |
| __ | l. | Other | $_____ |

2. I have incurred the following costs:

| | | | |
|---|---|---|---|
| __ | a. | Notification of ____ creditors @ $1.00 each | $___.00 |
| __ | b. | Filing fee | $___.00 |

3. Total Fees Requested: $ 400.00
   Total Costs Requested: $ .00
   Total Requested: $ 400.00
   Less Amount Collected from Client: $ .00
   To be Paid by Trustee prior to payment
   to other creditors: $ 400.00

4. No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm or corporation.

Approved Fee $_____

_____
TRUSTEE

_____
BANKRUPTCY JUDGE

/s/ THOMAS W. BYARLAY, #86029
ATTORNEY FOR DEBTOR(S)
620 W. THIRD STREET, SUITE 100
LITTLE ROCK, AR 72201
PHONE: (501) 376-0550

Mod-c filed 8/27/08; case conf'd 6/7/05

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED ELECTRONICALLY
8/27/08 @ 4:51pm

MC
Conf'd 6/7/05

IN RE: ELOISE WASHINGTON HARDY     NO. 4:05-bk-11526M/B
                                   CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN AFTER CONFIRMATION

You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. Subsection 1329. Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 300 W. Second Street, Little Rock, AR 72201, in writing within 25 days from the date of this notice, with copies to the attorney for debtor and Ms. Joyce Bradley Babin, Chapter 13 Trustee, P O Box 8064, Little Rock, AR 72203.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as modified may be confirmed without further notice or hearing.

Date: August 27, 2008

/s/ Thomas W. Byarlay
Attorney for Debtor
620 W. Third Street, Suite 100
Little Rock, Arkansas 72201
(501) 376-0550

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Ms. Joyce Bradley Babin
Chapter 13 Trustee
P O Box 8064
Little Rock, AR 72203

Internal Revenue Service
Special Procedures Branch
700 W. Capitol Ave, Stop 5700 LIT
Little Rock, AR 72201

Legal Division
Dept. of Finance & Admin.
P. O. Box 1272
Little Rock, AR 72203

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Department
Employment Security Division
P. O. Box 2981
Little Rock, AR 72203

U. S. Attorney
Western District
P. O. Box 1524
Fort Smith, AR 72902

and to all creditors whose names and addresses are set forth below:

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     ELOISE WASHINGTON HARDY     NO. 4:05-bk-11526M/B
CHAPTER 13

## MODIFICATION

Comes now the Debtor by and through counsel, Thomas W. Byarlay, and for her Modification states:

1. Debtor purchased her 2004 Chevy Malibu from Nuvell Credit Corp, co Joseph Kolb, 400 W Capitol Ave, Suite 2700, Little Rock, AR 72201. This vehicle was wrecked and paid by Debtor's insurance company. No further monies should be paid on this secured claim. If a deficiency balance remains after the insurance proceeds are applied, the balance may be added to Debtor's Schedule F, Unsecured, Non-Priority creditor's list, to be paid a pro rata dividend, along with all other unsecured creditors.

2. Debtor will now pay $1,730.00 per month for the balance of 60 months.

3. The unsecured creditors will still receive a pro rata dividend.

WHEREFORE, Debtor prays the above modification is acceptable to the Court, and for all other just and proper relief to which she may be entitled.

CLARK, BYARLAY & SPARKS

By:    /s/ THOMAS W. BYARLAY, #86029
ATTORNEY FOR DEBTOR
620 W. THIRD STREET, SUITE 100
LITTLE ROCK, AR 72201
PHONE: (501) 376-0550

## CERTIFICATE OF SERVICE

I, Thomas W. Byarlay, Attorney for Debtor, do hereby certify that a true and correct copy of the foregoing pleading has been mailed to the above named creditors and to Ms. Joyce Bradley Babin, Chapter 13 Trustee, P O Box 8064, Little Rock, AR 72203, this 27th day of August, 2008.

/s/ THOMAS W. BYARLAY

## File Ch. 13 Schedules / Plan:

4:05-bk-11526 Eloise Washington Hardy
Type: bk                  Chapter: 13 v             Office: 4 (Little Rock)
Judge: jgm                Assets: y

### U.S. Bankruptcy Court

### Eastern District of Arkansas

Notice of Electronic Filing

The following transaction was received from Byarlay, Thomas W. entered on 8/27/2008 at 4:51 AM CDT and filed on 8/27/2008
**Case Name:**         Eloise Washington Hardy
**Case Number:**       4:05-bk-11526
**Document Number:** 56

**Docket Text:**
Chapter 13 **MODIFIED** Plan With Notice of Opportunity to Object/Respond, Notice of Opportunity to Object/Respond to Plan AND Certificate of Service. Filed by Thomas W. Byarlay on behalf of Debtor Eloise Washington Hardy (RE: related document(s) [37] Motion for Relief From Stay filed by Creditor Nuvell Credit Company LLC, [42] Motion to Borrow / Incur filed by Debtor Eloise Washington Hardy, [50] Response filed by Trustee Joyce Bradley Babin, [41] Order on Motion For Relief From Stay) (Byarlay, Thomas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\user\Desktop\Scans\hardyeloise-mod.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=990210282 [Date=8/27/2008] [FileNumber=9450735-0]
[7b8ca75fb8e575be9d6254ac55a5a801435a22a37fc8acdf6baf41ba6db504acdfa1
eff7f1a8e6bc4535087cf643bfa7d62681ee00764d51f92cf33ea37d286a]]

**4:05-bk-11526 Notice will be electronically mailed to:**

BECKET & LEE [IL]     notices@becket-lee.com

Joyce Bradley Babin     ecfmail@13ark.com

Thomas W. Byarlay     clarkreporting@msn.com, pspinner@live.com

Scot P. Goldsholl     sgoldsholl@dhgw.net

Joseph F. Kolb     jkolb@barberlawfirm.com

U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov,
Shari.Sherman@usdoj.gov;Joyce.N.Talley@usdoj.gov;Cecilia.A.Boyle@usdoj.gov